**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MALAK BAALIM

     *Plaintiff*,

  v.

WASHINGTON PASSPORT AGENCY et al.,

     *Defendants*.

Civil Action No. 24-1313 (TJK)

## MEMORANDUM

On January 21, 2025, Defendants filed a motion to dismiss. The next day, the Court entered a *Fox* Order ordering Plaintiff to respond by February 5, 2025, and if not, advising him that the Court may treat Defendant's motion as conceded and dismiss the case. Over six weeks after that deadline, Plaintiff filed a motion for an extension. Although that motion did not specify the length of the requested extension, the Court granted it and gave Plaintiff until May 6, 2025—three months after the original deadline—to oppose Defendants' motion to dismiss. Still, Plaintiff has not filed any opposition to that motion, nor has he requested additional time to do so. Thus, pursuant to Local Rule 83.23 and the Court's "inherent power to dismiss a case *sua sponte* for a plaintiff's failure to prosecute or otherwise comply with a court order," *Peterson v. Archstone Communities LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011), the Court will dismiss the case without prejudice. A separate order will issue.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: May 12, 2025